# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIAS MORAN ALCARAZ,<br><br>   Petitioner,<br><br>   v.<br><br>LINDA SANDERS, Warden,<br><br>   Respondent. | NO. CV 10-1168 R (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Feb. 24, 2010.

              MANUEL L. REAL
            UNITED STATES DISTRICT JUDGE